# In the United States Court of Federal Claims

**No. 04-36C**

**(Filed May 10, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ATLANTIC CITY ELECTRIC COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time, filed May 5, 2004, is hereby ALLOWED. Defendant shall have to and including Wednesday, May 12, 2004, within which to respond to plaintiff's complaint.

The parties are advised that the court does not recognize case workload as a valid reason for requesting an enlargement of time.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**

# In the United States Court of Federal Claims

**No. 04-36C**

**(Filed May 10, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ATLANTIC CITY ELECTRIC COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time, filed May 5, 2004, is hereby ALLOWED. Defendant shall have to and including Wednesday, May 12, 2004, within which to respond to plaintiff's complaint.

The parties are advised that the court does not recognize case workload as a valid reason for requesting an enlargement of time.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**