IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATLANTIC CITY ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | No.04–0036C<br>(Judge Futey) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joshua E. Gardner as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joshua E. Gardner
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: May 12, 2004

s/ Joshua E. Gardner
Joshua E. Gardner
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-7583
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 12th day of May 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner