# In the United States Court of Federal Claims

**No. 04-36C**

**(Filed May 17, 2004)**

| | |
|---|---|
| **ATLANTIC CITY ELECTRIC COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

**ORDER**

On April 16, 2004, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by Monday, June 7, 2004, or the court will issue a show cause order why the case should not be dismissed for want of prosecution.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**