**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ATLANTIC CITY ELECTRIC COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0036C** |
| | ) | **(Judge Futey)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RFCF"), Plaintiff, Atlantic City Electric Company ("Atlantic") respectfully requests that the Court grant an enlargement of fifty-six (56) days, to and including August 6, 2004, within which the Plaintiff may file its opposition to Defendant's Motion To Dismiss ("Motion") all counts of Plaintiff's Complaint. Plaintiff's opposition is currently due on June 11, 2004. The Court has not previously granted Plaintiff an enlargement of time regarding this Motion. Counsel for the Government, Harold D. Lester, has represented that Defendant consents to the requested extension.

Plaintiff's counsel in this case is also counsel in four other spent nuclear fuel cases, all of which are subject to pending motions by the Government. This extension is necessary to enable plaintiff's counsel to fully respond to Government motion sin those cases that were filed either simultaneously or close in time with the Motion in this case. Specifically, plaintiff's counsel is also counsel in *Canal Electric Company v. United States*, No. 04-0035C, and *Delmarva Power & Light Company v. United States*, No. 04-34C, in which the Government filed Motions to Dismiss all counts of the Complaint on the same day as it filed its Motion in this case. The Government also has filed a Motion to Dismiss Or, In The Alternative For Summary Judgment Upon Counts I And II, And For

Summary Judgment Upon Count III Of Plaintiff's Amended Complaint in *Boston Electric Company v United States*, No. 99-447C. Plaintiff has filed a consent motion for enlargement of time to July 3, 2004 in that case. Finally, plaintiff's counsel is also counsel to *Consolidated Edison Company of New York, Inc. v. United States,* No. 04-0033C, in which the Government has filed a Motion to Stay All Proceedings Or, In the Alternative, For Coordinated Discovery Regarding Rate and Schedule Issues, the opposition to which is due on June 10, 2004.

Because of the work associated with responding to the various motions by the Government that were filed close in time or simultaneously with the Motion in this case, Plaintiff respectfully requests that the Court grant this request for a 56 day extension of time.

For the foregoing reasons, Plaintiff respectfully requests that the court grant this extension of time, to and including August 6, 2004, to file its Opposition to Defendant's Motion.

Date: May 27, 2004

Respectfully submitted,

/s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Atlantic City Electric Company*

Of Counsel: David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ATLANTIC CITY ELECTRIC COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0036C** |
| | ) | **(Judge Futey)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

THIS MATTER having come before this Court on Plaintiff's Consent Motion for Enlargement of Time, and the Court having reviewed the submissions of counsel and the record, it is hereby

ORDERED, that the Plaintiff's Consent Motion for Enlargement of Time is GRANTED and the Court hereby grants an enlargement of fifty-six (56) days, to and including August 6, 2004, within which the Plaintiff may file its Opposition to Defendant's Motion.

ORDERED this ___ day of _______________, 2004.

_______________________________
The Honorable Bohdan A. Futey
U.S. Court of Federal Claims Judge

COPIES TO:

Richard J. Conway
David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Attorneys for Plaintiff*

Harold D. Lester
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

*Attorney for Defendant*