# In the United States Court of Federal Claims

**No. 04-36C**

**(Filed June 1, 2004)**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**ATLANTIC CITY ELECTRIC COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

Plaintiff's Consent Motion For Enlargement Of Time, filed May 27, 2004, is hereby ALLOWED. Plaintiff shall have to and including Friday, August 6, 2004, within which to file its response to Defendant's Motion To Dismiss.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**