IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ATLANTIC CITY ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

No.04–0036C
(Judge Futey)

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a 30-day enlargement of time, to and including September 23, 2004, to respond to plaintiff's opposition to the Government's motion to dismiss the complaint in this case. Our response is currently due on August 23, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for the plaintiff has stated that our request will not be opposed.

The enlargement is requested because of the extensive time commitments faced by the Government in litigating the seven-week trial in the Yankee cases, Nos. 98-126C, 98-154C, and 98-474C (Merow, S.J.), while simultaneously engaging in cross-country discovery in Sacramento Municipal Utility District, No. 98-488C (Braden, J.). Additionally, counsel for plaintiff has also filed oppositions to the Government's motions to dismiss in two other cases, Canal Electric Company, 04-0035C (Hodges, J.), and Delmarva Power & Light Co., 04-0034C (Miller, J.), to which the Government must respond.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester. Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 12, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Joshua E. Gardner