# In the United States Court of Federal Claims

**No. 04-36C**

**(Filed August 18, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ATLANTIC CITY ELECTRIC COMPANY,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time, filed August 12, 2004, is hereby ALLOWED. Defendant shall have to and including September 23, 2004, within which to file its response to plaintiff's Brief In Opposition To Defendant's Motion To Dismiss.

The parties are advised that the court does not recognize case workload as a valid reason for requesting an enlargement of time.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**