ORIGINAL

# In the United States Court of Federal Claims

No. 04-36 C
(Filed: September 21, 2004)

FILED
SEP 21 2004
U.S. COURT OF FEDERAL CLAIMS

**********************************
*
**ATLANTIC CITY ELECTRIC COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, and for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to the docket of Judge George W. Miller.

Edward J. Damich
EDWARD J. DAMICH
Chief Judge