ORIGINAL

# In the United States Court of Federal Claims

FILED
SEP 21 2004
U.S. COURT OF FEDERAL CLAIMS

No. 04-36C

**ATLANTIC CITY ELECTRIC COMPANY,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge George W. Miller**

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop
Brian Bishop, Clerk