No. 04-0036C
(Judge Miller)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

ATLANTIC CITY ELECTRIC COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

# DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

JOSHUA E. GARDNER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

September 24, 2004

TABLE OF CONTENTS

PAGE(S)

SUMMARY OF ARGUMENT . . . . . . . . . . 1

DISCUSSION . . . . . . . . . . 3

I. ATLANTIC'S ASSERTIONS THAT ITS TAKINGS CLAIM IS BASED UPON RIGHTS PRE-EXISTING THE STANDARD CONTRACT OR ARISING OUTSIDE OF THE STANDARD CONTRACT ARE UNSUPPORTABLE . . . . . . . . . . 3

A. Atlantic's Contention That The Atomic Energy Act, 10 C.F.R. Part 50, And The NWPA Created Federal Obligations To Accept Commercial Nuclear Reactor SNF That Give Rise To "Property" Rights Lacks Merit . . . . . . . . . . 3

B. Atlantic's Contention That The Atomic Energy Act And 10 C.F.R. Part 50 Created Federal Obligations To Accept Commercial Nuclear Reactor SNF Prior To The Execution Of The Standard Contract Lacks Merit . . . . . . . . . . 5

C. Atlantic's Contention That The NWPA Creates A Basis For A Takings Claim, Outside The Existence Of A Contract, Is Unfounded . . . 8

II. ATLANTIC'S TAKINGS CLAIM FAILS BECAUSE IT IS PREDICATED UPON A BREACH OF A CONTRACT WITH THE GOVERNMENT . . . . . . . 9

III. ATLANTIC'S CONTENTION THAT IS IT AN "EXPRESS INTENDED BENEFICIARY" UNDER THE STANDARD CONTRACT UNDERMINES ITS CLAIM THAT IT SEEKS A REMEDY INDEPENDENT OF THE STANDARD CONTRACT . . . . . . . . . . 12

IV. ATLANTIC'S CONTENTION THAT THE FEDERAL CIRCUIT HAS ALREADY DETERMINED THAT SPENT NUCLEAR FUEL PLAINTIFFS MAY PURSUE CONTRACT AND TAKINGS CLAIMS CONCURRENTLY IS UNFOUNDED AND MISLEADING . . . . . . . . . . 13

V. THE GOVERNMENT'S FAILURE TO BEGIN SNF ACCEPTANCE BY JANUARY 31, 1998 DOES NOT CONSTITUTE A REGULATORY TAKING . . . . . . . . . . 15

TABLE OF CONTENTS (cont'd)

Page

VI. ATLANTIC'S ASSERTION THAT PAYMENT OF FEES INTO THE NUCLEAR WASTE FUND SOMEHOW CONSTITUTES A "TAKING" OF ITS PROPERTY IS MERITLESS . . . . . 16

A. Because An Obligation To Pay Fees Into The Nuclear Waste Fund Is Created By Contract, That Obligation Cannot Form The Basis Of A Takings Claim . . . . . 16

B. Because The Standard Contracts At Issue Did Not Require *Atlantic* To Pay Fees Into The Nuclear Waste Fund, Any Payment Of Fees By Atlantic Was Not "Compelled" By The Government . . . . . 17

C. This Court Lacks Jurisdiction To Entertain Claims Relating To The Amount Of The Nuclear Waste Fund Fees . . . . . 19

CONCLUSION . . . . . 20

# TABLE OF AUTHORITIES

CASES PAGE(S)

Admiral Financal Corp. v. United States,
378 F.3d 1336 (Fed. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

Ambase Corp. v. United States,
58 Fed. Cl. 32 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

Atlas Corp. v. United States,
895 F.2d 745 (Fed. Cir.), cert. denied, 498 U.S. 811 (1990) . . . . . . . . . . . . . . . . . . . . . . 18

Branch v. United States,
69 F.3d 1571 (Fed. Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Castle v. United States,
48 Fed. Cl. 187 (2000), aff'd in relevant part, 301 F.3d 1328 (Fed. Cir. 2002) . . . . . . 9, 10

Chancellor Manor v. United States,
331 F.3d 891 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Commonwealth Edison Co. v. United States,
271 F.3d 1327 (Fed. Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 9, 18

Commonwealth Edison Co. v. United States,
56 Fed. Cl. 652 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Custom Contemporary Homes, Inc. v. United States,
5 Cl. Ct. 88, 90 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

D.R. Smalley & Sons, Inc. v. United States,
178 Ct. Cl. 593, 372 F.2d 505, 508, cert. denied, 389 U.S. 835 (1967) . . . . . . . . . . . . . 18

Del-Rio Drilling Programs, Inc. v. United States,
146 F.3d 1358 (Fed. Cir.1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

E-Systems, Inc. v. United States,
2 Cl. Ct. 271 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Fern v. United States,
908 F.2d 955 (Fed. Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)


Franconia Associates v. United States,
2004 WL 1941215 (Fed. Cl. Aug. 30, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

General Electric Uranium Mgt. Corp. v. United States Department of Energy,
764 F.2d 896 (D.C. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Hinesburg Sand & Gravel, Co., Inc. v. Chittendon Solid Waste District,
959 F. Supp. 652 (D. Vt. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Hodel v. Virginia Surface Mining & Reclamation Association, Inc. v. United States,
452 U.S. 264 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Kimball Laundry Co. v. United States,
338 U.S. 1 (1949) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

LaVan v. United States,
Nos. 03-5140, -5149, 2004 WL 1949853 (Fed. Cir. Sept. 3, 2004) . . . . . . . . . . . . . . . . 11

Loretto v. Teleprompter Manhattan CATV Corp.,
458 U.S. 419 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

M&J Coal Co. v. United States,
47 F.3d 1148 (Fed. Cir.), cert. denied, 516 U.S. 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Maine Yankee Atomic Power Co. v. United States,
225 F.3d 1336 (Fed. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

McNabb v. United States,
54 Fed. Cl. 759 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Members of the Peanut Quota Holders Association, Inc. v. United States,
60 Fed. Cl. 524 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

National Education Association-R.I. v. Retirement Board,
172 F.3d 22 (1st Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Nuclear Energy Institute, Inc. v. Environmental Prot. Agency,
373 F.3d 1251 (D.C. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

TABLE OF AUTHORITIES (cont'd)


CASES PAGE(S)

Omnia Commercial Co. v. United States,
261 U.S. 502 (1923) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Pittman v. Chicago Board of Education,
64 F.3d 1098 (7th Cir. 1995), cert. denied, 517 U.S. 1243 (1996) . . . . . . . . . . . . . . . . . . 4

Sacramento Municipal Utility District v. United States,
61 Fed. Cl. 438 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Shanahan v. Chicago,
82 F.3d 776 (7th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 13

State of Idaho v. United States Department of Energy,
945 F.2d 295 (9th Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Steel Improvement & Forge Co. v. United States,
174 Ct. Cl. 24, 355 F.2d 627 (1966) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Turman v. Commonwealth Edison Co.,
No. 86-C-136, 1986 WL 5018 (N.D. Ill. Apr. 22, 1996) . . . . . . . . . . . . . . . . . . . . . . . . 13

United States Shoe Corp. v. United States,
296 F.3d 1378 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

United States v. Commonwealth of Kentucky,
252 F.3d 816 (6th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

United States v. Pewee Coal Co.,
341 U.S. 114 (1951) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

United States v. Sperry Corp.,
493 U.S. 52 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Webb's Fabulous Pharmacies, Inc. v. Beckwith,
449 U.S. 155 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Yankee Atomic Electric Co. v. United States,
42 Fed. Cl. 223 (1998), aff'd sub nom. Maine Yankee
Atomic Power Co. v. United States, 225 F.3d 1336 (Fed. Cir. 2000) . . . . . . . . . . . . . . 14

# TABLE OF AUTHORITIES

STATUTES AND REGULATIONS PAGE(S)

42 U.S.C. §§ 2011-2297g-4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

42 U.S.C. § 10139(a)(1)(A), (B), & (C) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

42 U.S.C. § 10222 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

10 C.F.R. § 961.11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim