# In the United States Court of Federal Claims

ATLANTIC CITY ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-36 C

Filed October 15, 2004

ORDER

On May 12, 2004, defendant filed a Motion to Dismiss plaintiff's complaint. Briefing was completed on September 24, 2004. After consulting with the parties, the Court has concluded that defendant's motion is ready for argument. The Court therefore ORDERS that the parties shall appear for oral argument on defendant's motion on Friday, December 3, 2004, at 1:00 p.m. at the National Courts Building, 717 Madison Place, NW, Washington, DC. The proceedings shall be in open court.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge