**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ATLANTIC CITY ELECTRIC COMPANY,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-0036 (J. Futey)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF ATLANTIC CITY ELECTRIC COMPANY'S**
**NOTICE OF ADDITIONAL AUTHORITY**

Plaintiff Atlantic City Electric Company ("Atlantic"), through its undersigned counsel, wishes to bring to the Court's attention Judge Braden's recent decision in *Sacramento Municipal Utility District v. United States*, 98-488C (July 30, 2004). Judge Braden's decision is of key importance to the Court's consideration of the Government's pending Motion to Dismiss Atlantic's takings claim because it conclusively determines that, in the spent nuclear fuel context, "where the Government has forced storage on another's private property, the Just Compensation Clause is implicated." *Id.* at 6 citing *Webb's Fabulous Pharmacies, Inc. v. Beckwith*, 449 U.S. 155, 164 (1980); *City of Monterey v. Del Monte Dunes at Monterey, Ltd.*, 526 U.S. 687, 698 (1999); Richard A. Epstein, TAKINGS: PRIVATE PROPERTY AND THE POWER OF EMINENT DOMAIN 101 (1985). This is precisely the allegation made by Atlantic in its Complaint. Complaint, at ¶¶ 44, 60. The *Sacramento Municipal Utility District* decision affirms one of Atlantic's primary theories of just compensation, and also recognizes, as Atlantic stated in its Opposition to the

Government's Motion, that the Court should reserve for trial a determination of the precise nature of the Government's conduct that constituted an uncompensated taking. *See*, *Sacramento Municipal Utility District* at 6; Opposition at 4. A copy of Judge Braden's decision is attached for the Court's convenience.

Date: September 17, 2004

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Atlantic City Electric Company*

Of Counsel:
David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

Todd Goodman, Esq.
Assistant General Counsel
Conectiv
P. O. Box 231
Wilmington, DE 19899
(302) 429-3786

## CERTIFICATE OF FILING

I hereby certify that on September 17, 2004, a copy of the foregoing "Plaintiff Atlantic City Electric Company's Notice of Additional Authority" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
(202) 785-9700

*Counsel of Record for*
*Atlantic City Electric Company*