**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ATLANTIC CITY ELECTRIC COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-0036G** **(J. Futey)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF ADDITIONAL AUTHORITY**

Atlantic City Electric Company ("Atlantic"), through its undersigned counsel, hereby submits copies of the original draft of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), 48 Fed. Reg. 5458 (Feb, 4. 1983), as well as the final version of the Standard Contract. 48 Fed. Reg. 16590 (Apr. 18, 1983). Counsel for Atlantic referred to both versions of the Standard Contract in its oral argument before the Court on December 3, 2004, and offered to submit these documents for the Court's consideration – an offer which the Court accepted. See Transcript of Hearing p. 73-74 attached hereto.

Date: December 14, 2004

Respectfully submitted,

/s/ Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

*Counsel of Record for*
*Atlantic City Electric Company*

Of Counsel: David M. Nadler
Nicholas W. Mattia, Jr.
Bradley D. Wine
Jeffery P. Becherer
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

Todd L. Goodman
CONECTIV
P.O. Box 231
Wilmington, DE 19899-0231
(302) 429-3786

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2004, a copy of the foregoing Notice of Additional Authority was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley Wine