IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATLANTIC CITY ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04–0036C |
| v. | ) | (Judge George Miller) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE STANDARD CONTRACTS

Defendant, the United States, respectfully requests leave to file copies of the Standard Contracts that are at issue in this case. A copy of the proposed filings are attached to this motion for leave.

On December 14, 2004, plaintiff, Atlantic City Electric Company ("Atlantic City"), filed a notice of additional authority that included the Department of Energy's notice of proposed rulemaking concerning the Standard Contract, as well as the final rule promulgating the Standard Contract, both of which may be found in the Federal Register.[1]

Presumably, Atlantic City has submitted these two documents as support for its contention that Atlantic City, as a former minority interest holder under several Standard Contracts, was a "Purchaser" as that term is used in the Standard Contract and, therefore, had a contractual obligation to pay fees into the Nuclear Waste Fund. However, even a cursory review of the actual Standard Contracts in this case demonstrates the fallacy of this argument. Under each of the Standard Contracts at issue in this case, PSEG Power LLC ("PSEG") and Philadelphia Electric Company ("PECO") are unequivocally designated as the "Purchaser."

[1] On December 13, 2004, Atlantic City filed a notice of supplemental authority which appears to be a re-submission of its earlier notice of supplemental authority concerning the decision in Sacramento Municipal Utility District, 61 Fed. Cl. 438 (2004).

Additionally, each of the Standard Contracts state that the "Purchaser" is "acting on its own behalf as managing utility for" the particular nuclear utilities "on behalf of the joint owners," including, among others, Atlantic City. The fact that PECO and PSEG may have acted on behalf of Atlantic City in no way transforms Atlantic City into the "Purchaser," as that term is utilized in the Standard Contracts.

For the foregoing reasons, we respectfully request that the Court grant us leave to file the attached Standard Contracts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: 202-305-7583
Fax: 202-307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 14, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 14th day of December, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STANDARD CONTRACTS'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joshua E. Gardner