# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ATLANTIC CITY ELECTRIC COMPANY, | ) | No. 04-36 C |
| Plaintiff, | ) | |
| v. | ) | Filed January 5, 2005 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

On December 14, 2004, defendant filed a motion for leave to file copies of the standard contracts that are at issue in this case, claiming that its submissions, the "actual standard contracts," demonstrated that PSEG and PECO were unequivocally designated as the "purchaser." Defendant argued that reviewing the copies of the standard contracts that it filed would reveal that plaintiff could not have been a "purchaser," as that term is utilized in the standard contracts.

On January 3, 2005, plaintiff responded, stating that while it "takes no position regarding the introduction of the standard contracts involved in this case, [plaintiff] opposes and rejects defendant's mischaracterization of [plaintiff's] status under the standard contract."

In consideration of the above, particularly the fact that plaintiff does not oppose defendant's motion, and in an effort to develop more fully the record on which the Court will evaluate defendant's motion to dismiss, defendant's motion for leave to file copies of the standard contracts GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge