# In the United States Court of Federal Claims

| | |
|---|---|
| ATLANTIC CITY ELECTRIC COMPANY, Plaintiff, | No. 04-36 C |
| v. | Filed January 11, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | |

## ORDER

Having reviewed the standard contracts at issue in this case, as submitted by defendant pursuant to the Court's Order of January 5, it appears that the plaintiff in this case and Delmarva Power and Light Company, the plaintiff in Docket No. 04-34C, were joint owners of certain of the same facilities that are involved in the two cases, namely Peach Bottom Atomic Power Station, Units 2 and 3; and Salem Generating Station, Units 1 and 2. It also appears that the plaintiff in this case and Delmarva Power and Light Company were identified as joint owners in two of the same contracts that are involved in the two cases, namely a contract between DOE and Philadelphia Electric Company, dated June 1, 1983; and a contract between DOE and Public Service Electric and Gas Company, dated June 13, 1983. It therefore appears that this case and Docket No. 04-34C are "directly related" within the meaning of Rule 40.2(a) of the Rules of the United States Court of Federal Claims ("RCFC"). The undersigned judge in the later filed case having consulted with the judge in the earlier filed case (Judge Christine O. C. Miller), and with their mutual concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Christine O. C. Miller pursuant to RCFC 40.2(a)(3) and 40.1(b).

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge